Robinson+Cole

ADAM J. PETITT
Robinson+Cole
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Tel. No.: (215) 398-0600
Fax No.: (215) 827-5982
apetitt@rc.com

Also admitted in Connecticut,
New York, and New Jersey

August 11, 2026

***Via ECF***

Hon. John M. Gallagher
United States District Judge
United States District Court
Eastern District of Pennsylvania
504 W. Hamilton Street, Suite 4701
Allentown, PA 18101

**Re: *Thomas Jefferson University dba Jefferson Health and Lehigh Valley Physician Hospital Organization, Inc. v. Aetna Health Inc.*, Civil Case No. 5:26-cv-02215-JMG**

Dear Judge Gallagher:

This office represents Defendant, Aetna Health Inc. ("Aetna"), in the above-referenced matter. Pursuant to Rule II(B)(1) of Your Honor's Individual Policies and Procedures, Aetna hereby requests oral argument, if the Court believes it would be helpful, on the pending motions:

(1) Plaintiffs' Motion for Expedited Declaratory Relief. *See* ECF Nos. 8, 27.
(2) Defendant's Motion to Compel Arbitration. *See* ECF Nos. 12, 15, 23, 38, 42.

Respectfully submitted,

Adam J. Petitt

cc: All Counsel of Record (via ECF)