**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

THOMAS JEFFERSON UNIVERSITY, *et al.*,
Plaintiffs,

v.

AETNA HEALTH INC.,
Defendant.

Civil No.: 5:26-cv-02215-JMG

# ORDER

**AND NOW**, this 4th day of November, 2026, upon consideration of Defendant's Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration (ECF No. 12), Plaintiffs' Opposition to Defendant's Motion (ECF No. 23), Defendant's Reply in Support of its Motion (ECF No. 38), and the Parties positions presented during oral argument on September 21, 2026, **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 12) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge